# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMES L. GIBSON,**

   *Plaintiff,*

v.                                            **CASE NO.: 4:20cv467-MW/MAF**

**DRUG ENFORCEMENT ADMIN.,**
**et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. This case is transferred to the Western District of Virginia. The Clerk shall take all necessary steps to effect the transfer and close the file.

**SO ORDERED on October 27, 2020.**

                                              **s/Mark E. Walker           **
                                              **Chief United States District Judge**